with Others, Respondents.— Motion to dismiss appeal granted, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Jeannette Demuth, Appellant, v. George Kemp, Respondent. New York Insurance and Trust Company, as Trustee, and Others, as Trustees, Respondents. (Appeal No. 1.) — Motions denied, without costs. Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

Stephen Fisher, Plaintiff, v. Martin Bleja, Defendant.— So far as the injunction order runs against Katie Bleja, individually, it is modified by striking out all provisions relating to her. Of course, if she be the agent of the defendant, she will remain within the provisions of the injunction order as granted against him, and liable to any penalty for disobedience thereof. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

In the Matter of the Application of Charles S. Jones for Admission to the Bar.— Inasmuch as the application was first made in the First Department of this court and denied, this application, being upon similar papers, is denied.    Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Horace Pettit, a Member of the Bar of the State of Pennsylvania, for Admission to the Bar.— Inasmuch as the application was first made in the First Department of this court and denied, this application, being upon similar papers, is denied.    Present — Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ.

The People of the State of New York, Respondent, v. Benjamin E. Valentine, Appellant.— Motion denied.    Present — Jenks, P. J. Hirschberg, Burr, Woodward and Rich, JJ.

Peter Ciancimino, Respondent, v. Dominick Bonacci, Appellant, Impleaded with Moses Vincelli.— Judgment affirmed, with costs.    No opinion.    Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Isaac Feldman, Respondent, v. David Zimmerman, Appellant.— Judgment of the Municipal Court affirmed by default, with costs.    Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

James G. Grimes, Appellant, v. Bernard Naughton and Others, as Receivers of Naughton Company and Arthur McMullen, Respondents.— Order unanimously affirmed, with costs.    No opinion.    Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Edmund W. Hathaway, Respondent, v. James P. Graham, Appellant, Impleaded with Charles D. Smith and Others, Respondents.— We think that the obligation imposed upon the plaintiff and the defendant Titcomb should be enlarged so as to require them to respond to all li the partnership. The judgment should be modified in thi as so modified affirmed, without costs.    Jenks, P. J., H Woodward and Rich, JJ., concurred.

Mary Heckel, Respondent, v. Putnam Coal and Ice lant.— Judgment and order unanimously affirmed, with costs. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, J

In the Matter of the Application of The City of New York, Re to Acquire Certain Real Estate at Wantagh, in the Town of